UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY TWO EAGLE,<br><br>Defendant. | 5:23-CR-50146-KES<br><br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On October 23, 2023, defendant, Bradley Two Eagle, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment. The Indictment charges Two Eagle with Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C § 922(g)(3) and 924(a)(8). Docket 1. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 26) is adopted. The defendant is adjudged guilty of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C § 922(g)(3) and 924(a)(8).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on January 25, 2024 at 4:00 p.m. in Rapid City Courtroom 2.

Dated October 23, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE